AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC <br><br> *Plaintiff(s)* <br> v. <br> Intuitive Surgical Operations, Inc., a Delaware corporation; (see attached) <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Intuitive Surgical Operations, Inc., a Delaware Corporation
C/O The Corporation Trust Company, Corporation Trust Center, 1209 Orange St., Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   EDWARD T. SAADI, ESQ.
EDWARD T. SAADI, LLC
970 Windham Ct., Ste. 7
Boardman, OH 44512
Phone: (330) 782-1954

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*


AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EDWARD T. SAADI, ESQ. (Bar No. 186360)
EDWARD T. SAADI, LLC
970 Windham Ct., Ste. 7
Boardman, OH  44512
Phone:  (330) 782-1954
Fax:      (330) 266-7489 (fax)
Email:   edward@saadilaw.com
Attorney for Plaintiff Intuitive Imaging Informatics, LLC

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL OPERATIONS, INC., a Delaware corporation, INTUITIVE SURGICAL, INC., a Delaware corporation, INTUITIVE SURGICAL HOLDINGS, LLC, a Delaware limited liability company, INTUITIVE FLUORESCENCE IMAGING, LLC, a Delaware limited liability company, INTUITIVE SURGICAL SERVICE OPTICS, INC., a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.<br><br>COMPLAINT FOR:<br><br>1. INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARKS;<br>2. UNFAIR COMPETITION IN VIOLATION OF THE LANHAM ACT;<br>3. COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;<br>4. VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE §17200 *et seq.*;<br>5. VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE §§14245 & 14250;<br><br>REQUEST FOR JURY TRIAL |

1