AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Intuitive Surgical Operations, Inc., a Delaware corporation; (see attached) | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Intuitive Surgical, Inc., a Delaware Corporation
C/O The Corporation Trust Company, Corporation Trust Center, 1209 Orange St.,
Wilmington, DE  19801


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     EDWARD T. SAADI, ESQ.
EDWARD T. SAADI, LLC
970 Windham Ct., Ste. 7
Boardman, OH  44512
Phone:  (330) 782-1954


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_


Date: _____          _____
                                                                                            _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .


I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                                                                *Server's signature*


                                                              _____

                                                                              *Printed name and title*


                                                              _____

                                                                                *Server's address*


Additional information regarding attempted service, etc:

**EDWARD T. SAADI, ESQ.** (Bar No. 186360)
**EDWARD T. SAADI, LLC**
970 Windham Ct., Ste. 7
Boardman, OH  44512
Phone:  (330) 782-1954
Fax:      (330) 266-7489 (fax)
Email:   edward@saadilaw.com
Attorney for Plaintiff Intuitive Imaging Informatics, LLC

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **INTUITIVE IMAGING INFORMATICS, LLC,** a Nevada limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>**INTUITIVE SURGICAL OPERATIONS, INC.,** a Delaware corporation, **INTUITIVE SURGICAL, INC.,** a Delaware corporation, **INTUITIVE SURGICAL HOLDINGS, LLC,** a Delaware limited liability company, **INTUITIVE FLUORESCENCE IMAGING, LLC,** a Delaware limited liability company, **INTUITIVE SURGICAL SERVICE OPTICS, INC.,** a Massachusetts corporation, and **DOES 1-10,** inclusive,<br><br>        Defendants. | **CASE NO.**<br><br>**COMPLAINT FOR:**<br><br>1. **INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARKS;**<br>2. **UNFAIR COMPETITION IN VIOLATION OF THE LANHAM ACT;**<br>3. **COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION;**<br>4. **VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE §17200** *et seq.*;<br>5. **VIOLATION OF CALIFORNIA BUSINESS AND PROFESSIONS CODE §§14245 & 14250;**<br><br>**REQUEST FOR JURY TRIAL** |

1