## SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: Intuitive Imaging Informatics, LLC v. Intuitive Surgical Operations, Inc. et al.

CASE NO: 2:23-cv-10593-DSF-RAO

| Matter | Time | Weeks before trial | Plaintiff(s) Request | Defendant(s) Request | Court Order |
|---|---|---|---|---|---|
| X<br>Trial (jury)(court) (length 8 days) **(Tuesday)** | 8:30 am | | 12/9/25 | 9/9/25 | |
| Pretrial Conference, LR 16;<br>Hearing on Motions in Limine **(Monday)** | 3:00 pm | 4 | 11/10/25 | 8/11/25 | |
| Trial Documents (Set Two)<br>**All Trials:** Lodge Pretrial Conference Order, LR 16-7; File Oppositions to Motions in Limine<br>**Jury Trial Only:** File Agreed Set of Jury Instructions and Verdict Forms; Statement Regarding Disputed Instructions and Verdict forms | | 6 | 10/27/25 | 7/29/25 | |
| Trial Documents (Set One)<br>**All Trials:** File Memo of Contentions of Fact and Law, LR 16-4; Exhibit & Witness Lists, LR 16-5, 6; Status Report Regarding Settlement; Motions in Limine (no more than five motions per side may be filed without Court permission)<br>**Court Trial Only:** Lodge Findings of Fact and Conclusions of Law; LR 52; File Summaries of Direct Testimony (optional) | | 7 | 10/20/25 | 7/22/25 | |
| Last day to conduct ADR Proceeding, LR 16-15 | | 12 | 9/15/25 | 6/17/25 | |
| Last day to **hear** motions (except motion to amend pleadings or add parties and motions in limine), LR 7 **(Monday)** | | 14 | 9/1/25 | 6/2/25 | |
| Non-expert Discovery Cut-off* | | 21+ | 3/30/25* | 12/31/24 | |
| Expert Disclosure (initial) | | | 4/15/25 | 1/15/25 | |
| Expert Disclosure (rebuttal) | | | 6/15/25 | 3/14/25 | |
| Expert Discovery Cut-off | | 21+ | 7/15/25 | 4/18/25 | |
| Last day to hear motion to amend pleadings or add parties **(Monday)** | | 32+ | 8/25/24 | 7/31/24 | |

*Defendants propose that in light of the abandonment issue being near completion in discovery, the non-expert discovery period be bifurcated to permit the completion of discovery and summary judgment briefing on that issue, and have the remainder of the case, in whatever form it may remain after the pending Rule 12(c) motion, be subject to a separate discovery period on those issues. The dates Defendants provide contemplate that some staging will take place to account for the limiting of the case. Plaintiff does not agree to bifurcation.

LR 16-15 ADR Choice:  ☐ 1. USMJ                    ☒ 3. Outside ADR

☐ 2. Attorney Settlement Panel

**Plaintiff opposes bifurcation of non-expert discovery. However, should the Court elect to bifurcate, Plaintiff proposes 8/1/24 as the end of the first phase.

revised 6-5-20                                                                 10