**EDWARD T. SAADI, ESQ.** (Bar No. 186360)
**EDWARD T. SAADI, LLC**
970 Windham Ct., Ste. 7
Boardman, OH  44512
Phone:  (330) 782-1954
Fax:      (330) 266-7489 (fax)
Email:   edward@saadilaw.com
Attorney for Plaintiff Intuitive Imaging Informatics, LLC

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **INTUITIVE IMAGING INFORMATICS, LLC,** a Nevada limited liability company,<br><br>               Plaintiff,<br><br>     v.<br><br>**INTUITIVE SURGICAL OPERATIONS, INC.**, a Delaware corporation, **INTUITIVE SURGICAL, INC.**, a Delaware corporation, **INTUITIVE SURGICAL HOLDINGS, LLC**, a Delaware limited liability company, **INTUITIVE FLUORESCENCE IMAGING, LLC**, a Delaware limited liability company, **INTUITIVE SURGICAL SERVICE OPTICS, INC.**, a Massachusetts corporation, and **DOES 1-10**, inclusive,<br><br>               Defendants. | Case No.: 2:23-cv-10593-DSF-RAO<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Hon. Dale S. Fischer<br><br>Complaint Filed: December 18, 2023<br>Trial Date:          December 9, 2025<br><br>Current Hearing Date: August 12, 2024<br>New Hearing Date:      August 26, 2024 |
| **INTUITIVE SURGICAL OPERATIONS, INC.**, a Delaware corporation, **INTUITIVE SURGICAL, INC.**, a Delaware corporation, **INTUITIVE SURGICAL HOLDINGS, LLC**, a Delaware limited liability company, **INTUITIVE FLUORESCENCE IMAGING, LLC**, | |

1

a Delaware limited liability company,
**INTUITIVE SURGICAL SERVICE OPTICS, INC.**, a Massachusetts corporation,

         Counter-Claimants,

   v.

**INTUITIVE IMAGING INFORMATICS, LLC**, a Nevada limited liability company,

         Counter-Defendant.

---

Plaintiff Intuitive Imaging Informatics, LLC ("Plaintiff") and Defendants Intuitive Surgical Operations, Inc., Intuitive Surgical, Inc., Intuitive Surgical Holdings, LLC, Intuitive Fluorescence Imaging, LLC, and Intuitive Surgical Service Optics, Inc. (collectively, "Defendants"), by and through their respective counsel, stipulate as follows:

WHEREAS, on June 28, 2024, Defendants filed a Motion for Judgment on the Pleadings [D.E. 54] and a Request for Judicial Notice in support of that motion [D.E. 55], both of which noticed a hearing date of August 12, 2024;

WHEREAS, due to a planned family vacation, Plaintiff requested Defendants' consent to a continuance of the hearing date from August 12, 2024 to August 26th, 2024;

WHEREAS, the parties have agreed to continue the motion hearing to August 26th, 2024; and

WHEREAS, a continuance of the motion hearing is supported by good cause and it will not prejudice any party to this action.

**NOW THEREFORE,** the parties hereby stipulate and agree, subject to the Court's approval, that the hearing on Defendants' Motion for Judgment on the Pleadings and Request for Judicial Notice will be scheduled for August 26th, 2024.

**IT IS SO STIPULATED.**

Dated:   July 13, 2024

By: */s/ Edward T. Saadi*
Edward T. Saadi, Esq. (Bar No. 186360)
**EDWARD T. SAADI, LLC**
970 Windham Ct., Ste. 7
Boardman, OH 44512
Phone: (330) 782-1954
Fax: (330) 266-7489 (fax)
Email: edward@saadilaw.com
Attorney for Plaintiff and Counter-Defendant

Dated:   July 13, 2024

By: */s/ Eleanor M. Lackman*
Eleanor M. Lackman, Esq. (Bar No. 298594)
**MITCHELL SILBERBERG & KNUPP LLP**
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Tel.: (310) 312-2000
Fax: (310) 312-3100
eml@msk.com
Attorney for Defendants and Counter-Claimants

3

1

2

## **ATTESTATION**

3      Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other

4

5   signatories listed, and on whose behalf the filing is being submitted, concur in the

6   filing's content and have authorized the filing.

7   Dated:  July 13, 2024

8
    By:  */s/ Edward T. Saadi*
9   Edward T. Saadi, Esq. (Bar No. 186360)
    **EDWARD T. SAADI, LLC**
10  970 Windham Ct., Ste. 7
11  Boardman, OH 44512
    Phone: (330) 782-1954
12  Fax: (330) 266-7489 (fax)
13  Email: edward@saadilaw.com
14  Attorney for Plaintiff and Counter-Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28