EDWARD T. SAADI, ESQ. (Bar No. 186360)
EDWARD T. SAADI, LLC
970 Windham Ct., Ste. 7
Boardman, OH 44512
Phone: (330) 782-1954
Fax: (330) 266-7489 (fax)
Email: edward@saadilaw.com
Attorney for Plaintiff Intuitive Imaging Informatics, LLC

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC, a Nevada limited liability company,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL OPERATIONS, INC., a Delaware corporation, INTUITIVE SURGICAL, INC., a Delaware corporation, INTUITIVE SURGICAL HOLDINGS, LLC, a Delaware limited liability company, INTUITIVE FLUORESCENCE IMAGING, LLC, a Delaware limited liability company, INTUITIVE SURGICAL SERVICE OPTICS, INC., a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>Defendants/Counter-Claimants. | CASE NO. 2:23-cv-10593-DSF-RAO<br><br>Hon. DALE S. FISCHER<br><br>**DECLARATION OF EDWARD T. SAADI IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing Date: August 26, 2024<br>Hearing Time: 1:30 p.m.<br>Courtroom: 7D<br>Filing Date: December 18, 2023<br>Trial Date: December 9, 2025 |

I, EDWARD T. SAADI, the undersigned, declare and say as follows:

1. I am an attorney in the law firm of Edward T. Saadi, LLC and counsel for Plaintiff Intuitive Imaging Informatics, LLC in this action. The facts set forth in this declaration are within my personal knowledge and, if called to testify, I could and would testify thereto. I submit this declaration in support of Plaintiff's **Motion for Leave to File Its First Amended Complaint**. [D.E. #68].

2. Attached is a true and correct copy of email correspondence between Atty. Eleanor Lackman and me on August 1-2, 2024.

I DECLARE, under penalty of perjury under the laws the United States, that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 11th day of August, 2024 at Mackinac Island, Michigan.

_____
EDWARD T. SAADI