ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
CONSTANCE C. KANG (SBN 341622)
cck@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel. (310) 312-2000 Fax (310) 312-3100

JENNIFER LANTZ (SBN 202252)
jmlantz@duanemorris.com
DUANE MORRIS LLP
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Tel. (650) 847-4150 Fax (650) 847-4151

MEGHAN C. KILLIAN (SBN 310195)
mckillian@duanemorris.com
DUANE MORRIS LLP
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel.: (415) 957-3138 Fax (415) 840-0017

Attorneys for Defendants and Counter-Claimants Intuitive Surgical Operations, Inc., Intuitive Surgical, Inc., Intuitive Surgical Holdings, LLC, Intuitive Fluorescence Imaging, LLC, and Intuitive Surgical Service Optics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC, a Nevada limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>INTUITIVE SURGICAL OPERATIONS, INC., a Delaware corporation, et al.,<br><br>Defendants and Counter-Claimants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 2:23-cv-10593-DSF-RAO<br><br>Honorable Dale S. Fischer<br><br>**DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:       August 26, 2024<br>Time:       1:30 p.m.<br>Location:   Courtroom 7D<br><br>Filing Date: 12/18/2023<br>Trial Date:  12/09/2025 |

Mitchell Silberberg & Knupp LLP

DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS

## DECLARATION OF ELEANOR M. LACKMAN

I, Eleanor M. Lackman, the undersigned, hereby declare as follows:

1. Through my professional corporation, I am a Partner in the law firm Mitchell Silberberg & Knupp LLP and counsel for Defendants Intuitive Surgical Operations, Inc., Intuitive Surgical, Inc., Intuitive Surgical Service Optics, Inc., Intuitive Surgical Holdings LLC, and Intuitive Fluorescence Imaging, LLC (collectively, "Defendants") in this action. The facts stated in this declaration are within my personal knowledge, and if called upon as a witness, I could and would testify competently to them. I submit this declaration in support of Defendants' Reply in support of Motion for Judgment on the Pleadings.

2. A true and correct copy of excerpts from the parties' May 6, 2024 scheduling conference before this Court is attached hereto as **Exhibit A**.

3. A true and correct copy of an archived Orpheus Medical webpage captured on July 25, 2020 and displaying the language "Orpheus Medical – An Intuitive Company" is attached hereto as **Exhibit B**.

4. A true and correct copy of an archived Orpheus Medical webpage captured on February 20, 2020 and displaying a headline from a press release discussing the acquisition of Orpheus Medical is attached hereto as **Exhibit C**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

I executed this declaration on August 12, 2024 in Los Angeles, California.

_____
ELEANOR M. LACKMAN