ELEANOR M. LACKMAN (SBN 298594)
eml@msk.com
MARC E. MAYER (SBN 190969)
mem@msk.com
CONSTANCE C. KANG (SBN 341622)
cck@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel. (310) 312-2000 Fax (310) 312-3100

JENNIFER LANTZ (SBN 202252)
jmlantz@duanemorris.com
DUANE MORRIS LLP
260 Homer Avenue, Suite 202
Palo Alto, CA 94301-2777
Tel. (650) 847-4150 Fax (650) 847-4151

MEGHAN C. KILLIAN (SBN 310195)
mckillian@duanemorris.com
DUANE MORRIS LLP
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Tel.: (415) 957-3138 Fax (415) 840-0017

*Attorneys for Defendants and Counter-Claimants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INTUITIVE SURGICAL OPERATIONS, INC., a Delaware corporation, INTUITIVE SURGICAL, INC., a Delaware corporation, INTUITIVE SURGICAL HOLDINGS, LLC, a Delaware limited liability company, INTUITIVE FLUORESCENCE IMAGING, LLC, a Delaware limited liability company, INTUITIVE SURGICAL SERVICE OPTICS, INC., a Massachusetts corporation, and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 2:23-cv-10593-DSF-RAO<br><br>Honorable Dale S. Fischer<br><br>**PROOF OF SERVICE**<br><br>Filing Date: 12/18/2023<br>Trial Date: 12/9/2025 |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120, and my business email address is mmo@msk.com.

On October 7, 2024, I served a copy of the foregoing document(s) described as:

**1. DECLARATION OF ELEANOR LACKMAN IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL [Dkt. 84];**

**2. DEFENDANTS' MOTION FOR STAY AND FOR ORDER REGARDING NEW COUNSEL [Dkt. 84-1];**

**3. DECLARATION OF ELEANOR M. LACKMAN IN SUPPORT OF DEFENDANTS' MOTION FOR STAY AND FOR ORDER REGARDING NEW COUNSEL [Dkt. 84-2],**

on the interested parties in this action at their last known address as set forth below by taking the action described below:

| | |
|---|---|
| Edward T. Saadi, Esq.<br>EDWARD T. SAADI, LLC<br>970 Windham Ct., Suite 7<br>Boardman, OH 44512<br>E-mail: edward@saadilaw.com<br><br>*Attorneys for Plaintiff INTUITIVE IMAGING INFORMATICS, LLC* | Jennifer Lantz<br>DUANE MORRIS LLP<br>260 Homer Avenue, Suite 202<br>Palo Alto, CA 94301-2777<br>Tel.: (650) 847-4150<br>Fax: (650) 847-4151<br>E-mail: jmlantz@duanemorris.com<br><br>*Attorneys for Defendants and Counter-Claimants INTUITIVE SURGICAL OPERATIONS, INC., INTUITIVE SURGICAL, INC., INTUITIVE SURGICAL HOLDINGS, LLC, INTUITIVE FLUORESCENCE IMAGING, LLC, and, INTUITIVE SURGICAL SERVICE OPTICS, INC.* |

| | |
|---|---|
| 1 | Meghan C. Killian |
| 2 | DUANE MORRIS LLP |
| | One Market Plaza |
| 3 | Spear Tower, Suite 2200 |
| 4 | San Francisco, CA 94105 |
| | Tel.: (415) 957-3138 |
| 5 | Fax: (415) 840-0017 |
| 6 | E-mail: mckillian@duanemorris.com |

***Attorneys for Defendants and Counter-Claimants* INTUITIVE SURGICAL OPERATIONS, INC., INTUITIVE SURGICAL, INC., INTUITIVE SURGICAL HOLDINGS, LLC, INTUITIVE FLUORESCENCE IMAGING, LLC, and, INTUITIVE SURGICAL SERVICE OPTICS, INC.**

☒ **BY MAIL**: I caused the above-mentioned document to be sealed in an envelope addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on October 7, 2024, at Los Angeles, California.

_____
Melanie Ocubillo

Mitchell Silberberg & Knupp LLP
20226809.1

3
**PROOF OF SERVICE**