1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11

INTUITIVE IMAGING INFORMATICS, LLC, a Nevada limited liability company,

12

CASE NO. 2:23-cv-10593-DSF-RAO

Honorable Dale S. Fischer

13

Plaintiff and Counter-Defendant,

**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE CERATIN DOCUMENTS UNDER SEAL**

14

v.

15

INTUITIVE SURGICAL OPERATIONS, INC., a Delaware corporation, INTUITIVE SURGICAL, INC., a Delaware corporation, INTUITIVE SURGICAL HOLDINGS, LLC, a Delaware limited liability company, INTUITIVE FLUORESCENCE IMAGING, LLC, a Delaware limited liability company, INTUITIVE SURGICAL SERVICE OPTICS, INC., a Massachusetts corporation, and DOES 1-10, inclusive,

16

17

18

19

20

21

Defendants and Counter-Claimants.

22

23

24

25

26

27

28

## **ORDER**

Pursuant to Local Rule 79-5.2.2(a), Defendants Intuitive Surgical Operations, Inc., Intuitive Surgical, Inc., Intuitive Surgical Service Optics, Inc., Intuitive Surgical Holdings LLC, and Intuitive Fluorescence Imaging, LLC (collectively, "Defendants") have applied to file under seal Defendants' Motion for Stay and Order Regarding New Counsel (the "Motion"), the Declaration of Eleanor Lackman filed in support of the Motion (the "Declaration"), and Exhibits A and B to the Declaration.

Having considered all relevant arguments, papers, and evidence, the Court hereby **GRANTS** the Application to File Under Seal, for good cause shown. The Motion, Declaration, and Exhibits A and B to the Declaration shall be filed under seal pursuant to Local Rule 79-5.2.2.

**IT IS SO ORDERED.**

DATED: October 9, 2024

_____
Honorable Dale S. Fischer
United States District Judge