# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC,<br>    Plaintiff,<br><br>    v.<br><br>INTUITIVE SURGICAL OPERATIONS, INC., et al.,<br>    Defendants. | 2:23-cv-10593-DSF-RAOx<br><br>Order GRANTING Defendants' Request for Stay (Dkt. 87) |

    Defendants' request for a stay of this case is GRANTED. Consistent with Plaintiff's counsel's request, the case is stayed for 60 days. The parties are to file a joint status report on December 16, 2024, along with a proposed order setting new case management and briefing dates. If current Plaintiff's counsel is unable to proceed with the case at that time, new counsel should be retained and substituted into the case prior to the filing of the status report.

    IT IS SO ORDERED.

Date: October 17, 2024

                                            Dale S. Fischer<br>
                                            United States District Judge