# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTUITIVE IMAGING INFORMATICS, LLC,<br>　　Plaintiff,<br><br>　　　　v.<br><br>INTUITIVE SURGICAL OPERATIONS, INC., et al.,<br>　　Defendants. | 2:23-cv-10593-DSF-RAOx<br><br>Order GRANTING Defendants' Motion to Clarify or Correct Order (Dkt. 81) |

　　　Defendants have moved to "clarify or correct" the Court's September 4, 2024 order (Dkt. 80). Specifically, Defendants claim that the Court's statement that "Defendants contend that Intuitive Imaging knew or should have known of the alleged infringing activity at least as early as 2008[,]" see Dkt 80 at 8, could be interpreted to require Defendants to show that Plaintiff knew of the activity as of 2008 for the purposes of their laches defense. The Court agrees with Plaintiff that this is not a particularly reasonable reading of the order, but, to the degree that any clarification is warranted, the Court's statement was not intended to limit Defendants' future arguments or to establish any relevant date for a laches defense.

　　　IT IS SO ORDERED.

Date: January 31, 2025

　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge